1   JAMES A. ORONOZ, ESQ.
    Nevada Bar No. 6769
2   ORONOZ & ERICSSON, L.L.C.
3   700 SOUTH 3RD STREET
    Las Vegas, Nevada 89101
4   Telephone:  (702) 878-2889
    Facsimile:  (702) 522-1542
5   jim@oronozlawyers.com
6   *Attorney for Defendant*

7                    **UNITED STATES DISTRICT COURT**

8                        **DISTRICT OF NEVADA**

9                                          )
10                                         )
    UNITED STATES OF AMERICA,              )
11                                         )   2:12-CR-0082-MMD-VCF
           Plaintiff,                      )
12                                         )   **UNOPPOSED MOTION TO CONDUCT A**
           vs.                             )   **PRE-PLEA PRESENTENCE**
13                                         )   **INVESTIGATION REPORT AND**
    NAVAZ DOWLING,                         )   **PROPOSED ORDER**
14                                         )
           Defendant.                      )
15                                         )
                                           )
16   _____)

17          COMES NOW, defendant, NAVAZ DOWLING, by and through his counsel, JAMES

18   A. ORONOZ, ESQ., and hereby moves this Court for an Order granting the instant motion for

19   a Pre-Plea Presentence Investigation Report to be prepared by the United States Department of

20   Parole and Probation.

21          1.     It is counsel's understanding that Mr. Dowling has been convicted of a felony

22   offense outside of Nevada. Counsel is unaware of any additional convictions. Accordingly,

23   counsel believes that Mr. Dowling has a Criminal History Category of I. Mr. Dowling's

24   Criminal History Category will drastically impact his sentencing exposure, negotiations, and

25   his decision as to how he should proceed in this matter. A pre-plea presentence investigation

26   report will promote judicial economy and aid in the manner in which this case is timely

27   resolved.

28

                                              1

1    2.    Therefore, undersigned counsel respectfully requests this Court issue an Order

2   directing the United States Department of Parole & Probation to conduct a pre-plea

3   presentence investigation report as soon as possible.

4    3.    Undersigned counsel has spoken to the prosecutor, Assistant United States

5   Attorney Kimberly Frayn, regarding this request and she has no opposition.

6

7   DATED this 8th day of August, 2012.

8

9                                        /s/ James A. Oronoz
                                         JAMES A. ORONOZ, Esq.
10                                       700 South 3rd Street
                                         Las Vegas, NV 89101
11                                       *Counsel for Navaz Dowling*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | 2:12-CR-0082-MMD-VCF |
| vs. ) | |
| NAVAZ DOWLING, ) | **ORDER** |
| Defendant. ) | |

IT IS HEREBY ORDERED that that the United States Department of Parole and Probation will prepare a Pre-Plea Pre-Sentence Investigation Report on Defendant Navaz Dowling.

DATED this __8th__ day of August, 2012.

_____
UNITED STATES DISTRICT JUDGE

3

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that I am an employee of Oronoz & Ericsson

L.L.C. and is a person of such age and discretion as to be competent to serve papers.

That on August 8, 2012, I served an electronic copy of the above and foregoing

UNOPPOSED MOTION TO CONDUCT A PRE-PLEA PRESENTENCE

INVESTIGATION REPORT AND PROPOSED ORDER by electronic service (ECF) to

the person(s) named below:

> DANIEL G. BOGDEN
> United States Attorney
> 333 Las Vegas Blvd. South, #5000
> Las Vegas, NV 89101
> *Counsel for United States*

> KIMBERLY FRAYN
> Assistant United States Attorney
> 333 Las Vegas Blvd. South, #5000
> Las Vegas, NV 89101
> *Counsel for United States*

/s/     Lucas Gaffney, Esq.
Employee of Oronoz & Ericsson L.L.C.